UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                             Chapter 7
    **Mark P. Wejchert,**                     Case No.: **14-70282-las**
                Debtor(s).       AFFIRMATION PURSUANT
-----------------------------------------------------------X       TO LOCAL RULE 1009-1(a)
STATE OF NEW YORK) ss:
COUNTY OF SUFFOLK)

      MICHAEL J. MACCO, as attorney for **Mark P. Wejchert,** ("Debtor") affirms under the penalties of perjury that:

      1.    I am a member of the firm of MACCO & STERN, LLP, located at 2950 Express Drive South, Suite 109, Islandia, NY 11749. I am the attorney for the Debtor herein and am fully familiar with all the facts and circumstances herein.

      2.    The Debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on **January 27, 2014**.

      3.    The Debtor wishes to amend Schedule C to take the a Wild Card Exemption 11 USC §522(d)(11)(E) in the amount of $2,430.00 for the cash generated by a settlement of a lawsuit against former employer.

      4.    An Affidavit of Service is being filed simultaneously herewith in accordance with Local Rule 1000-1 evidencing service of the Affirmation, Debtor's Affidavit, Amended Schedule C, and Amended Summary of Your Assets and Liabilities and Certain Statistical Information upon the United States Trustee and the Chapter 7 Trustee.

Dated:  Islandia, New York                MACCO & STERN, LLP
          August 22, 2016

                                                          By: */s/ Michael J. Macco*
                                                          Michael J. Macco, Esq.
                                                          Attorney for Debtor
                                                           2950 Express Drive South – Suite 109
                                                          Islandia, NY 11749
                                                          (631) 549-7900

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                      Chapter 7
    **Mark P. Wejchert,**                                        Case No.: **14-70282-las**
                      Debtor(s).                          AFFIDAVIT PURSUANT
-----------------------------------------------------------X    TO LOCAL RULE 1009-1(a)

STATE OF NEW YORK) ss:
COUNTY OF SUFFOLK)

    **Park P. Wejchert,** ("Debtor") being duly sworn, deposes and says:

1.     I am the Debtor who filed a voluntary petition for relief pursuant to Chapter 7 of the United States Bankruptcy Code on **January 27, 2014**. All Schedules and the Statement of Financial Affairs were filed with the voluntary petition.

2.     Annexed hereto is an original of the (i) Amended Schedule C, and (ii) Amended Summary of Your Assets and Liabilities and Certain Statistical Information.

3.     An Affidavit of Service is being filed simultaneously herewith in accordance with Local Rule 1009(b) evidencing service of this Affidavit upon the United States Trustee and the Chapter 7 Trustee.

                                                     /s/ *Mark P. Wejchert*
                                                     **Debtor**

Sworn to before me this
22nd day of August, 2016

*/s/ Janine M. Zarrilli*
Janine M. Zarrilli
Notary Public, State of New York
No. 01ZA5084708
Qualified in Nassau County
Commission Expires September 8, 2017

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Eastern District of New York

In re   **Mark P. Wejchert**                                           Case No.   **8-14-70282**

                              Debtor

                                                                        Chapter   **7**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 450,471.00 | | |
| B - Personal Property | Yes | 4 | 279,473.57 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 512,368.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 14,236.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 344,004.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 4,022.78 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 8,712.08 |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 729,944.57 | | |
| Total Liabilities | | | | 870,608.16 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Eastern District of New York

In re    **Mark P. Wejchert**                          Case No. **8-14-70282**

                                      Debtor

Chapter    **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 14,236.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 14,236.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 4,022.78 |
| Average Expenses (from Schedule J, Line 22) | 8,712.08 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,055.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 61,897.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 14,236.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 344,004.16 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 405,901.16 |

B6C (Official Form 6C) (4/13)

In re  **Mark P. Wejchert**                                              Case No.  **8-14-70282**
                                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                      $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
■ 11 U.S.C. §522(b)(2)                                                          *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** 155 Shore Rd Mount Sinai, NY 11766 | 11 U.S.C. § 522(d)(1) | 11,475.00 | 450,471.00 |
| **Cash on Hand** Cash On Hand | 11 U.S.C. § 522(d)(5) | 10.00 | 10.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** Bank of America Checking Account Port Jefferson Station Branch | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| Bank of America Savings Account Port Jefferson Station Branch | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| Bethpage Federal Credit Union Checking Account Port Jefferson Station Branch | 11 U.S.C. § 522(d)(5) | 45.00 | 45.00 |
| Bethpage Federal Credit Union Savings Account Port Jefferson Station Branch | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| Chase Checking Account Miller Place Branch (Account Restrained) | 11 U.S.C. § 522(d)(5) | 2,600.00 | 2,600.00 |
| TD Bank Checking Account Mount Sinai Branch | 11 U.S.C. § 522(d)(5) | 900.00 | 900.00 |
| **Security Deposits with Utilities, Landlords, and Others** Security Deposit with Landlord | 11 U.S.C. § 522(d)(5) | 600.00 | 600.00 |
| **Household Goods and Furnishings** Misc. Household Goods and Furnishings | 11 U.S.C. § 522(d)(3) | 1,000.00 | 1,000.00 |
| **Wearing Apparel** Misc. Wearing Apparel | 11 U.S.C. § 522(d)(3) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** Misc. Jewelry | 11 U.S.C. § 522(d)(4) | 750.00 | 750.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** T Rowe Price 401(k) Subject to Loan of $12,974.90 Ex-wife entitled to $73,000.00 (Account ending 1148) | 11 U.S.C. § 522(d)(12) | 202,818.57 | 202,818.57 |

  **1**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Mark P. Wejchert**　　　　　　　　　　　　　　　　　　　　　Case No.  **8-14-70282**
　　　　　　　　　　　　　　　Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Stock and Interests in Businesses** | | | |
| Smith Barney | 11 U.S.C. § 522(d)(5) | 200.00 | 200.00 |
|   Stock Trading Account | | | |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Potential Fraudulent Conveyance Action Against Son for Transfer of 1999 Honda Civic and 2002 Acura in 2012 | 11 U.S.C. § 522(d)(5) | 2,500.00 | 2,500.00 |
| Potential lawsuit against former employer, 700 Eckerd Corporation d/b/a Rite Aid, for wrongful termination on 5/13/2013 and lost earnings compensation payments | 11 U.S.C. § 522(d)(11)(E) | 20% | 59,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2005 Subaru Impreza STi | 11 U.S.C. § 522(d)(2) | 3,675.00 | 6,000.00 |
|   (101,000 miles) | 11 U.S.C. § 522(d)(5) | 2,325.00 | |
| 2001 Chevrolet Suburban 1500 | 11 U.S.C. § 522(d)(5) | 1,000.00 | 1,000.00 |
|   (200,000 miles) | | | |
| **Boats, Motors and Accessories** | | | |
| 1956 Rhodes 19' Sailboat with Trailer | 11 U.S.C. § 522(d)(5) | 1,000.00 | 1,000.00 |
| | Total: | 243,748.57 | 729,944.57 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt